**TIMOTHY J. YOO (SBN 155531)**
800 S FIGUEROA STREET, SUITE #1260
LOS ANGELES, CA 90017
Telephone: (310) 229-3361
Telecopier: (213) 627-7194
Email: tjytrustee@lnbyb.com

Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>BLUE GLOBAL, LLC,<br><br>Debtor. | Bk. No. 2:17-BK-10900-ER<br><br>Chapter 7<br><br>**NOTIFICATION OF ASSET CASE**<br><br>[No Hearing Required] |

TO: KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT

    Timothy J. Yoo, Chapter 7 Trustee, the duly appointed, and acting Chapter 7 Trustee in the above-entitled bankruptcy proceedings, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-entitled proceedings and appropriate notice should be given to creditors to file claims.

DATED: May 17, 2017

                                       /s/ Timothy J. Yoo
                                       TIMOTHY J. YOO
                                       Chapter 7 Trustee